| | |
|---|---|
| James H. MaGee<br>Washington Bankruptcy Attorney<br>Law Offices of James H. MaGee<br>1108 North 6th Street<br>Tacoma, WA 98403<br>(253) 383-1001 | THE HONORABLE MARY JO HESTON<br><br>Hearing Date: June 21, 2018<br>Hearing Time: 1:00 PM<br>Location: Tacoma, WA<br>Response Date: June 14, 2018 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ANTONIO EDWARD VENZIANO SR.<br>DANA FAY VENZIANO,<br><br>Debtors. | Case No.: 18-40588-MJH<br><br>MOTION TO WITHDRAW AS COUNSEL |

James H. MaGee seeks to withdraw as counsel of record for Antonio and Dana Venziano.

Debtors' last known address and contact information is:

Antonio and Dana Venziano
1109 294th St. S.
Roy, WA 98580
Cell: 253-350-7813
Cell: 253-732-0675
EMail: antonio.venziano@gmail.com
EMail: dana.venziano@gmail.com

No deadlines, hearings, or trials will be automatically continued as a result of this withdrawal.

Dated this 17th day of May, 2018 in Tacoma WA by:

                                      /s/ James H. MaGee
                                      James H MaGee, WSB#23434
                                      Attorney for Debtors

MOTION TO WITHDRAW AS COUNSEL

Page 1 of 1

LAW OFFICES OF JAMES H. MAGEE
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813