| | |
|---|---|
| James H. MaGee<br>Washington Bankruptcy Attorney<br>Law Offices of James H. MaGee<br>1108 North 6th Street<br>Tacoma, WA 98403<br>(253) 383-1001 | THE HONORABLE MARY JO HESTON<br><br>Hearing Date: June 21, 2018<br>Hearing Time: 1:00 PM<br>Location: Tacoma, WA<br>Response Date: June 14, 2018 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ANTONIO EDWARD VENZIANO SR.<br>DANA FAY VENZIANO,<br><br>Debtors. | Case No.: 18-40588-MJH<br><br>NOTICE OF MOTION TO WITHDRAW AS COUNSEL |

Please take note that the Motion to Withdraw as Counsel will be heard on the date below and that the Clerk is requested to note this issue on the Motion Docket for that day.

    HEARING DATE:    June 21, 2018 at 1:00 PM

    JUDGE/COURTROOM:    The Honorable Mary Jo Heston

                                 Union Station, Courtroom H

                                 1717 Pacific Avenue

                                 Tacoma, WA 98402

    NATURE OF MOTION:    withdraw as counsel

Any response to this motion must be filed with the Court at the address set forth above, and one copy served upon the undersigned seven (7) days prior to the date set for hearing,

exclusive of Saturdays, Sundays and legal holidays, and if no response is filed within the time allowed, the court may in its discretion grant the motion prior to the hearing, without further notice.

**The response date is June 14, 2018.**

DATED: May 17, 2018 at Tacoma, Washington.

                                          /s/ James H. MaGee
                                          James H. MaGee, WSB#23434
                                          Attorneys for Debtors