UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| In re: | Case No.: 18-40588-MJH |
|---|---|
| ANTONIO EDWARD VENZIANO SR. DANA FAY VENZIANO, | ORDER PERMITTING WITHDRAWAL OF COUNSEL |
| Debtors. | |

Upon motion of Debtors' counsel, it is ordered adjudged and decreed as follows:

James H. MaGee is allowed withdrawal as Debtors' counsel, effective immediately.

/End of Order/

Presented By:
/s/ James H. MaGee
James H MaGee, WSB#23434
Attorney for Debtors

ORDER PERMITTING WITHDRAWAL OF COUNSEL

Page 1 of 1

**LAW OFFICES OF JAMES H MAGEE**
**WASHINGTON BANKRUPTCY ATTORNEY**
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813