James H. MaGee
Washington Bankruptcy Attorney
Law Offices of James H. MaGee
1108 North 6th Street
Tacoma, WA 98403
(253) 383-1001

THE HONORABLE MARY JO HESTON

Hearing Date: June 21, 2018
Hearing Time: 1:00 PM
Location: Tacoma, WA
Response Date: June 14, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re:

ANTONIO EDWARD VENZIANO SR.
DANA FAY VENZIANO,

Debtors.

Case No.: 18-40588-MJH

DECLARATION OF JAMES H. MAGEE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, James H. MaGee, under penalty of perjury of the laws of the State of Washington make the following declaration:

I am in the process of closing down my law practice as a solo practitioner. I am pursuing employment opportunities that are not local. There is no emergent situation in this case of which I am currently aware. I will not be able to merge continued representation of this Debtor(s) with future employment. I have provided information to the Debtor(s) about other local attorneys they might wish to contact if they develop a need for representation in the future. There are no present deadlines, hearings or trials set in this matter. This case has been confirmed.

Dated: May 17, 2018 at Tacoma, Washington

/s/ James H. MaGee
James H. MaGee
Attorney at Law

DECLARATION OF JAMES H. MAGEE IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL

Page 1 of 1

**LAW OFFICES OF JAMES H MAGEE**
**WASHINGTON BANKRUPTCY ATTORNEY**
P.O. Box 1132
Tacoma, WA 98401-1132
(253) 383-1001  Fax: (253) 383-2813